UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                        Case No. 25-06126-LVV

ERC REPAIR, LLC,                                              Chapter 11

            Debtor.

_____/

## AMENDED NOTICE OF APPEARANCE

Matthew I. Rochman of the law firm of Lessne Hoffman, PLLC, files this Amended Notice of Appearance of counsel on behalf of creditor **David Wegman d/b/a Angels in Your Home and Hilton East** and requests that copies of all papers filed in this case be served upon him and that he be added to the Court's Parties in Interest list so that he will receive electronic notices.

This filing supersedes the Notice of Appearance filed on October 27, 2025, which inadvertently identified the clients as Angels in Your Home, Inc. and Hilton East, Inc.

Dated: November 14, 2025                    **LESSNE HOFFMAN, PLLC**
*Counsel for David Wegman d/b/a Angels in Your Home and Hilton East*
100 SE 3rd Avenue, 10th Floor
Fort Lauderdale, Florida 33394
Tel: 954-372-5759
Email: mhrochman@lessnehoffman.law

By: */s/ Matthew I. Rochman*
Matthew I. Rochman
Florida Bar No. 84615

**<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case November 14, 2025.

By: */s/ Matthew I. Rochman*
Matthew I. Rochman